IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

BLAKE HICKS                                                                                           PLAINTIFF

VS.                                      CASE NO. 05-CV-1362

WAL-MART, INC.;
FAULKNER COUNTY, ARKANSAS;
JOHN DOE 1; JOHN DOE 2; and
JOHN DOE 3                                                                                         DEFENDANTS

## ORDER

On August 24, 2006, the Court entered an order to show cause to the Plaintiff for failure to respond to Defendants' Joint Motion to Dismiss. The order gave the Plaintiff until September 25, 2006 to respond to the Defendants' Motion to Dismiss or show cause to the Court why he has failed to respond to said motion. Plaintiff has failed to respond to Defendants' motion, contact the Court or show cause why he has failed to respond. Therefore, the Court finds that the Defendants' Joint Motion to Dismiss (Doc. No. 12) should be and hereby is granted and the Plaintiff's lawsuit against the Defendants should be and hereby is **dismissed** with prejudice.

IT IS SO ORDERED, this 29th day of September, 2006.

                                                   /s/Harry F. Barnes
                                                 Hon. Harry F. Barnes
                                                 United States District Judge